```
FARREN ANDREA PATTON              SELF FINANCIAL INC.
100 GRANFIELD CT                  ATTN: BANKRUPTCY
CANTON, MS 39046                  515 CONGRESS AVE #2200
                                  AUSTIN, TX 78701


THOMAS C. ROLLINS, JR.            SMART SALES AND LEASE
THE ROLLINS LAW FIRM, PLLC        2811 WHITEWOOD SVC RD
P.O. BOX 13767                    STURGIS, SD 57785
JACKSON, MS 39236


ALLY                              STELLANTIS FINANCIAL
P.O. BOX 9001951                  5757 WOODWAY DR.
LOUISVILLE, KY 40290              STE 400
                                  HOUSTON, TX 77057


AMERICAN CREDIT ACCEPT            TD AUTO FINANCE
P.O. BOX 204531                   ATTN: BANKRUPTCY
DALLAS, TX 75320-4531             PO BOX 9223
                                  FARMINGTON HILLS, MI 48333


CONN'S HOMEPLUS                   TOWER LOAN
2445 TECHNOLOGY FOREST            ATTN: BANKRUPTCY
BUILDING 4, SUITE 800             PO BOX 320001
THE WOODLANDS, TX 77381           FLOWOOD, MS 39232


LVNV FUNDING                      VERIZON WIRELESS
ATTN: BANKRUPTCY                  ATTN: BANKRUPTCY
PO BOX 10497                      500 TECHNOLOGY DR
GREENVILLE, SC 29603              STE 599
                                  WELDON SPRINGS, MO 63304


MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005


NAVY FEDERAL
PO BOX 3500
MERRIFIELD, VA 22119


OKINUS, INC
ATTN: BANKRUPTCY
147 W RAILROAD ST, S
PELHAM, GA 31779
```