Certificate Number: 17082-MSS-DE-040033173

Bankruptcy Case Number: 25-01600



17082-MSS-DE-040033173

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2025, at 10:37 o'clock PM MST, FARREN A PATTON  completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   August 29, 2025                     By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director